FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA 2013 FEB 11 PM 2:49
ORLANDO DIVISION

DEBRA LEGGINS,

    Plaintiff,

vs.

    Case No.:
    6:13-cv-232-Orl-37DAB

ORLANDO HOUSING AUTHORITY,

    Defendant.

_____/

## DEFENDANT, ORLANDO HOUSING AUTHORITY'S, NOTICE OF REMOVAL

Defendant, ORLANDO HOUSING AUTHORITY, by and through its undersigned attorneys and pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3) and (4), 28 U.S.C. § 1441, 28 U.S.C. § 1446, and Local Rules 1.02(b)(2) and 4.02(a) respectfully petitions this Honorable Court for removal of the above-styled civil action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division, and states as follows:

    1.    Defendant, ORLANDO HOUSING AUTHORITY, has been named as the Defendant in a civil action brought against it in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida entitled "Debra Leggins vs. Orlando Housing Authority, Case No.: 2013-CA-000262-O".

2. On January 28, 2013, Plaintiff, DEBRA LEGGINS, filed and served a five (5) count Verified Amended Complaint asserting the following claims: Retaliation in violation of the Federal False Claim Act (Count I); Sex-Based Wage Discrimination in violation of the Equal Pay Act (Count II); Retaliation in violation of the Equal Pay Act (Count III); Gender Discrimination in violation of the Florida Civil Rights Act (Count IV); and Retaliation in violation of the Florida Civil Rights Act (Count V).

3. A copy of all process, pleadings, and other papers served in the state action are attached as required by 28 U.S.C. §1446 (b) and Local Rule 4.02 as Exhibit "A".

4. The above described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. §1331 and is one which may be removed to this Court by the Defendant herein, pursuant to the provisions of 28, U.S.C. §1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

5. This Notice of Removal is filed with this Court within thirty (30) days after service on Defendant in the above-styled action and is, therefore, timely pursuant to 28 U.S.C. §1446(b).

WHEREFORE, Defendant, ORLANDO HOUSING AUTHORITY, requests that the above entitled action be removed from the Circuit Court of the Ninth

Judicial Circuit in and for Orange County, Florida to the United States District Court for the Middle District of Florida, Orlando Division, for all further proceedings.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy hereof has been electronically filed with the Clerk of the Court by using the CM/EFC system which will send a notice of electronic filing to: Teresa A. Herrmann, Esq. at therrmann@schwartzlawfirm.net on this 11th day of February, 2013.

/s/ Cindy A. Townsend
MICHAEL J. ROPER, ESQUIRE
Florida Bar No.: 047-3227
mroper@bellroperlaw.com
CINDY A. TOWNSEND, ESQUIRE
Florida Bar No.: 0788961
ctownsend@bellroperlaw.com
Bell & Roper, P. A.
2707 East Jefferson Street
Orlando, Florida 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorneys for Defendant